# EXHIBIT C

Case 2:26-cv-04913-ES-MAH    Document 1-3    Filed 05/01/26    Page 2 of 6 PageID: 359

(26 Records)

Business Overview (1)
Phone Numbers (1)
Businesses with Same Phone Number (1)
Businesses with Same Address (2)
People with Same Phone Number (1)
People with Same Address (2)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Legal Advisors (7)
Federal Case Law (1)
Docket Records (40)
Background Information
Business Profile Records Summary (1)
D&B Market Identifier Records Summary (1)
D&B Worldbase Summary (1)
Corporate Filings Summary (1)
NPI Records Summary (1)
People Information
Executive Biographies Summary (2)
Potentially Adverse
UCC Filings Summary (1)
Full-Text Documents
UCC Filings (1)
Executive Biographies (2)
Business Profile Records (1)
D&B Market Identifier Records (1)
D&B Worldbase (1)
Corporate Filings (1)
NPI Records (1)
Miscellaneous
Report Section(s) with no Matches (77)

## Business Overview (1 Section)



| Address: | 200 CENTENNIAL AVE STE 200 PISCATAWAY, NJ 08854-3950 |
|---|---|
| Phone Number: | (732) 595-2444 |

| | |
|---|---|
| Ticker Symbol: | |
| Location of Incorporation: | NEW JERSEY |
| Primary SIC Code: | 8049 |
| NAICS Code: | 621399 |
| NAICS Code: | 621999 |
| NAICS Code: | 541430 |
| DUNS: | 07-937-0496 |
| Registered Agent: | SHABAN, SHILIWALA AND JANJUA, LLP |
| Website Address: | www.eliteneurophysiology.com |
| Number of Employees: | 2 |
| Filing Date: | 01/09/2014 |
| Filing Number: | 0400626287 |
| Officers/Directors/Contacts: | FARRUK H CHAUDHRY, MEMBER |
| Officers/Directors/Contacts: | WASIF SHEIKH, MEMBER |
| Officers/Directors/Contacts: | FARRUK H CHAUDHRY, MEMBER |

## Phone Numbers (1 Record)

| Business | Phone Number |
|---|---|
| ELITE NEUROPHYSIOLOGY LLC | (732) 595-2444 |

## Business Profile Records Summary (1 Record)

| Row Number | Business Name | Business Address | Executive Name | Primary SIC Code | View Full-Text |
|---|---|---|---|---|---|
| 1. | ELITE NEUROPHYSIOLOGY LLC | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 | WASIF SHEIKH, PARTNER | OFFICES OF HEALTH PRACTITIONER | Full-Text |

## D&B Market Identifier Records Summary (1 Record)

| Row Number | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | ELITE NEUROPHYSIOLOGY LLC | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 | FARRUK H CHAUDHRY | HEALTH AND ALLIED SERVICES, NEC, NSK | 01/25/2026 | Full-Text |

## D&B Worldbase Summary (1 Record)

| Row Number | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | ELITE NEUROPHYSIOLOGY LLC | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143USA | Full-Text |

## Corporate Filings Summary (1 Record)

| Row Number | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | ELITE NEUROPHYSIOLOGY LLC | DOMESTIC LIMITED LIABILITY CO | REVOKED (OVER TWO YEARS) | NJ | Full-Text |

## NPI Records Summary (1 Record)

| Row Number | Provider Name | Provider Address | Provider Type | NPI Number | Last Updated Date | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | ELITE NEUROPHYSIOLOGY | 200 CENTENNIAL AVE SUITE 200 PISCATAWAY, NJ 08854US | SPECIALIST | 1285056739 | 07/01/2014 | Full-Text |

## Businesses with Same Phone Number (1 Record)

Case 2:26-cv-04913-ES-MAH      Document 1-3      Filed 05/01/26      Page 4 of 6 PageID: 361

2014-PRESENT ACTIVE HERE - 7 YEARS IN MEDICAL SERVICES INDUSTRY

## BusinessInformation

| Company Name: | ELITE NEUROPHYSIOLOGY LLC | Company Address: | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 |
|---|---|---|---|
| County: | MIDDLESEX | Company Phone: | (732) 595-2444 |

## Other Information

| DUNS Number: | | 07-937-0496 |
|---|---|---|

To Summary

## FARRUK H CHAUDHRY, ELITE NEUROPHYSIOLOGY LLC

### Executive Information

| Full Executive Name: | FARRUK H CHAUDHRY | Executive Title: | MEMBER |
|---|---|---|---|
| Year of Birth: | ███ | Other Role: | DIRECTOR |
| Responsibilities: | MEMBER | | |

### Executive Biography

2014 - PRESENT ACTIVE HERE - 11 IN MEDICAL SERVICES INDUSTRY

### BusinessInformation

| Company Name: | ELITE NEUROPHYSIOLOGY LLC | Company Address: | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 |
|---|---|---|---|
| County: | MIDDLESEX | Company Phone: | (732) 595-2444 |

### Other Information

| DUNS Number: | | 07-937-0496 |
|---|---|---|

Data by Dun & Bradstreet, COPYRIGHT ©2026 DUN & BRADSTREET, INC.

# Business Profile Records (1 Record)

To Summary

| Business Name: | ELITE NEUROPHYSIOLOGY LLC | | |
|---|---|---|---|
| Business Address: | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 | County: | MIDDLESEX |
| Secondary Business Address: | | | |
| Primary Country: | USA | | |
| Area Code & Phone Number: | (732) 595-2444 | | |
| | | Web Address: | www.eliteneurophysiology.com |
| Contact: | WASIF SHEIKH | Contact's Title: | PARTNER |
| Primary SIC Code: | 8049 OFFICES OF HEALTH PRACTITIONER | Secondary SIC Code: | 8011 OFFICES AND CLINICS OF MEDICAL DOCTORS 8099 HEALTH AND ALLIED SERVICES, NEC |
| Primary NAICS Code: | 621399 OFFICES OF ALL OTHER MISCELLANEOUS HEALTH PRACTITIONERS | Secondary NAICS Code: | 621999 ALL OTHER MISCELLANEOUS AMBULATORY HEALTH CARE SERVICES 541430 GRAPHIC DESIGN SERVICES |
| | | Year Established: | 2014 |
| US Corporate Filings Number: | NJ 400639944 | | |
| | | Employees at Location Year: | 2 |
| Sales from Location Year: | $136,000 (2022) | Business Profile Record Update Date: | 3/27/2026 |

# D&B Market Identifier Records (1 Record)

To Summary

## 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143

### BusinessInformation

| Business Name: | ELITE NEUROPHYSIOLOGY LLC | | |
|---|---|---|---|
| Business Address: | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 | County: | MIDDLESEX |
| Year Started: | 2014 | Phone: | (732) 595-2444 |

| Line of Business: | HEALTH/ALLIED SERVICES | | |
|---|---|---|---|

## Executive Information

| Executive Name: | FARRUK H CHAUDHRY | Executive Title: | MEMBER |
|---|---|---|---|
| Executive Name: | WASIF SHEIKH | Executive Title: | MEMBER |

## SIC Information

| Primary SIC: | 8099 | SIC Description: | HEALTH AND ALLIED SERVICES, NEC, NSK |
|---|---|---|---|
| Primary SIC: | 8099 9905 | SIC Description: | MEDICAL SERVICES ORGANIZATION |

## Financial Information

| Annual Sales: | $120,000-ACTUAL | Annual Sales Revision Date: | Annual Sales Revision Date:06/07/2025 |
|---|---|---|---|
| 1-Yr-Ago: | $120,000 | 3-Yr-Ago: | $120,000 |
| Sales Growth: | % | | |
| MSA Code: | 5015 | MSA Name: | MIDDLESEX-SOMERSET-HUNTERDON, NJ |
| | | Industry Group: | SERVICES - PROFESSIONAL |

## Employee Information

| Employees Total: | 2 | Employees Here: | 2-ACTUAL |
|---|---|---|---|
| 1-Yr-Ago: | 2 | Employment Growth: | % |
| 3-Yr-Ago: | 2 | | |

## Other Information

| DUNS: | 07-937-0496 | | |
|---|---|---|---|
| Business Is A: | SINGLE LOCATION CORPORATION SMALL BUSINESS | Establishment Is: | US OWNED |
| Last Update to Record: | 01/25/2026 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2026 DUN & BRADSTREET, INC.

# D&B Worldbase (1 Record)

[To Summary](#)

## BusinessInformation

| Business Name: | ELITE NEUROPHYSIOLOGY LLC | | |
|---|---|---|---|
| Business Address: | 371 HOES LN STE 200 PISCATAWAY, NJ 08854-4143 | Mailing Address: | P O BOX 16 FRANKLIN PARK, NJ 08823-0016) |
| County: | MIDDLESEX | | |
| Country: | USA | Country: | USA |
| Continent: | NORTH AMERICA | Continent: | NORTH AMERICA |
| Phone Number: | (732) 595-2444 | | |
| Year Started: | 2014 | Operating Status: | ACTIVE |
| Duns ID: | 07-937-0496 | | |
| Last Update to Record: | 11/01/2025 | | |

## Management Team

| CEO Name: | WASIF SHEIKH | Title: | MEMBER |
|---|---|---|---|
| Executive Name: | FARRUK H CHAUDHRY | Title: | MEMBER |

## Business Details

| Line of Business: | HLTH ALLD SVCS NE | | |
|---|---|---|---|
| Primary SIC: | 8099 | Primary SIC Description: | HEALTH/ALLIED SERVICES |
| Total Employees: | 2-ACTUAL* | Employees Here: | 2-ACTUAL |
| | *PRINCIPALS INCLUDED IN TOTAL | | |

## Financial Information

| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
|---|---|---|---|
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

## Sales Information

| Annual Sales US: | $1,103,793-MODELED | Annual Sales Local: | $NOT AVAILABLE |
|---|---|---|---|

## Company History/Operations/Relationships & Other Information

| This Company's Specifics | | |
|---|---|---|
| DUNS: | 07-937-0496 | | |

| Legal Status: | CORPORATION |
| Ownership Is: | PRIVATELY OWNED |
| Business Is A: | SINGLE LOCATION |

| Parent Company Address: | |

| Ultimate Company Address: | |

| Headquarters Company Address: | |

Data by Dun & Bradstreet, COPYRIGHT ©2026 DUN & BRADSTREET, INC.

## Corporate Filings (1 Record)

To Summary

### ELITE NEUROPHYSIOLOGY LLC

| Corporation Address: | 200 CENTENNIAL AVE STE 200<br>PISCATAWAY, NJ 08854 |

### Filing Record

| Filing Date: | 1/9/2014 | | |
| State of Incorporation: | NEW JERSEY | | |
| Corporation Number: | 0400626287 | | |
| Status: | REVOKED (OVER TWO YEARS) | Information Current Through: | 08/13/2025 |
| Duns ID: | 07-937-0496 | Filing Office Duns ID: | 36-185-7998 |
| Business Type: | DOMESTIC LIMITED LIABILITY CO | | |
| Office Location Where Filed: | COMMERCIAL RECORDING | Office Address Where Filed: | CN 308<br>TRENTON, NJ 08625 |

### Registered Agent

| Name: | SHABAN, SHILIWALA AND JANJUA, LLP | | |
| Address: | 200 CENTENNIAL AVENUE, SUITE 200<br>PISCATAWAY, NJ 08854 | | |

## NPI Records (1 Record)

To Summary

### NPI Number: 1285056739 | Last Update Date: 7/1/2014

### Provider Information

| Organization: | ELITE NEUROPHYSIOLOGY | | |
| | | Organization Subpart: | NO |

### Authorized Official Information

| Name: | DR. S M | Title/Position: | PARTNER |
| Phone Number: | (732) 595-2444 | | |

### NPI Information

| NPI: | 1285056739 | Entity Type: | ORGANIZATION |
| NPI Issue Date: | 1/16/2014 | Last Update Date: | 7/1/2014 |

### Provider Business Mailing Address

| Address: | 200 CENTENNIAL AVE<br>SUITE 200<br>PISCATAWAY, NJ 08854 | Country: | US |
| Phone Number: | (732) 595-2444 | | |

### Provider Business Practice Location Address

| Address: | 200 CENTENNIAL AVE<br>SUITE 200<br>PISCATAWAY, NJ 08854 | Country: | US |
| Phone Number: | (732) 595-2444 | | |

### Provider Taxonomy

| Primary Taxonomy: | PRIMARY TAXONOMY LICENSE | Selected Taxonomy: | 174400000X - OTHER SERVICE PROVIDERS - SPECIALIST |

## Report Section(s) with no Matches (77 Records)