# EXHIBIT D

MIDDLESEX COUNTY CLERK

Return To:

    VITAL ABSTRACT LLC
    3700 RT 27 STE 102B
    PRINCETON, NJ 08540

SABA
MANIJEH

| Index | DEED BOOK |
|---|---|
| Book | 06912    Page    0559 |
| No. Pages | 0005 |
| Instrument | STANDARD EXCESS |
| Date : | 12/29/2016 |
| Time : | 1:05:25 |
| Control # | 201612290288 |
| INST# | DE 2016 018750 |

Employee ID    BRONG

| | | |
|---|---|---|
| RECORDING | $ | 45.00 |
| NJPRPA | $ | 8.00 |
| DARM | $ | 12.00 |
| DARM 3.00 | $ | 3.00 |
| NJPRPA | $ | 2.00 |
| GRANTEE TX | $ | .00 |
| - - - - - | $ | .00 |
| DD4 T1 CO | $ | 150.00 |
| DD4 T1 ST | $ | 375.00 |
| All Other | $ | 4,610.00 |
| Total: | $ | 5,205.00 |

STATE OF NEW JERSEY
MIDDLESEX COUNTY CLERK

PLEASE NOTE
DO NOT REMOVE THIS COVERSHEET
IT CONTAINS ALL RECORDING INFORMATION

ELAINE FLYNN
COUNTY CLERK

201612290288



**DO NOT REMOVE THIS PAGE. TO ACCESS THE IMAGE OF THE DOCUMENT RECORDED HEREUNDER BY BOOK AND PAGE NUMBER, USE THE BOOK AND PAGE NUMBER ABOVE.**

**Cover sheet is part of Middlesex County filing record**

**Retain this page for future reference**

**Not part of the original submitted document**

# Deed

RECORDED
ELAINE M. FLYNN
MIDDLESEX CTY CLERK

2016 DEC 29  PM 2: 55

BOOK #_____
PAGE #_____

This Deed is made on  October  4 , 2016
**BETWEEN**
**Manijeh Saba and Majid Maleki, wife and husband**

whose post office address is

███████████████

Somerset, NJ 08873

referred to as the Grantors,
**AND**
**Wasif Sheikh and Saira Wasif,Husband and Wife**

whose post office address is about to be

███████████████

Piscataway NJ 08854

referred to as the Grantees.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.**   The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee.  This transfer is made for the sum of **$595,000.00**, Five hundred and ninety five thousand dollars.

The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.**   (N.J.S.A. 46:26A-3) Municipality of **Piscataway**, Block No. **12503** Lot No. **9.02**, Qualifier No.       and Account No.        .
No property tax identification number is available on the date of this Deed.  (Check box if applicable)

3. **Property.**   The Property consists of the land and all the building and structures on the land in the **township** of **Piscataway**, County of **Middlesex** and State of New Jersey.

The legal description is:

X   Please see attached Legal Description annexed hereto and made part hereof.  (Check box if applicable)

**Manijeh Saba and Majid Maleki, wife and husband by Deed from Frank Rubin and Gail M. Rubin, husband and wife, dated October 2, 2015, recorded October 22, 2015, in the Middlesex County Clerk/Register's in Deed Book 6746, Page 396 and; being the same property conveyed to the grantors by Deed book 6257, Page 55, recorded on May 24, 2011.**

Prepared by:

_Alan G. Cosner, Esq._

(For Recorders Use Only)

103 - Deed - Bargain and Sale Cov. to Grantor's Act -
Ind. to Ind. or Corp. Plain Language
Rev. 3/16   P3/16

Powered by
HOTdocs

©2016 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com    800.222.0510    Page 1

B06912 P0560