# EXHIBIT E

## Possible People Information

**Person Overview**



**WASIF M SHEIKH**

EDISON, NJ 08837-7011 | MIDDLESEX County

**Phone Number(s):**

**SSN:**

     - issued in IL in 1994-1996

**DOB:**

**Entity ID:**

P17256973757

**Date of Birth Summary**

| Date of Birth | Source |
| --- | --- |
| | Address Historical   |   Bank Account Header Records   |   People Find   |   People Household #1   |   People Household #2   |   People Household #3 |
| | People Household |

**SSN Summary**

| SSN | Source |
| --- | --- |
|    - issued in IL in 1994-1996 | Bank Account Header Records   |   People Find |

**Name Variations**

| Name | Source |
| --- | --- |
| WASIF M SHAIKH | People Find |

Thomson Reuters. No claim to original U.S. Government Works.

2

**The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.**

| | |
|---|---|
| WASIF SHEIKH | Motor Vehicle Service & Warranty Records #1 | Motor Vehicle Service & Warranty Records #2 | New Movers #1 | New Movers #2 | People Find | People Household |
| WASIF M MUHAMMED | People Find |
| SHEIKH WASIF | Bank Account Header Records | People Find | People Household |
| WASIF MUHAMMED SHEIKH | People Find |
| MUHAMMED WASIF | People Find |
| WASIF MUHAMMED | People Find |
| WASIF MOHAMMED | Address Historical | People Find |
| MUHAMMAD SHEIKH | New Movers |
| MR SHEIKH WASIF | People Household |
| MOHAMMAD SHEIKH | Bank Account Header Records |
| WASIF M. SHEIKH | Business Contact Records |

**Addresses**

### Address

███████████████ **EDISON, NJ 08837-7011 | MIDDLESEX County**

*Reported 09/23/2012 - 03/28/2025*

By Phone Records 09/23/2012 - 03/28/2025    Phone Records #1 | Phone Records #2 | Phone Records #3 | Phone Records #4 | Phone Records #5 | Phone Records #6

By Motor Vehicle Service & Warranty Records    Motor Vehicle Service & Warranty Records

███████████████, **CHICAGO, IL 60645-4953 | COOK County**

*Reported 02/12/2025 - 02/12/2025*

By Phone Records 02/12/2025 - 02/12/2025    Phone Records

By Business Contact Records    Business Contact Records

███████████ **PISCATAWAY, NJ 08854-5053 | MIDDLESEX County**

*Reported 08/20/2015 - 11/13/2023*

By Phone Records 11/13/2023 - 11/13/2023    Phone Records #1 | Phone Records #2 | Phone Records #3

By People Find 10/02/2015 - 10/02/2015    People Find

By New Movers 08/20/2015 - 08/20/2015    New Movers

By People Household    People Household

███████████ **WESTCHESTER, IL 60154-3441 | COOK County**

*Reported 06/17/2008 - 04/27/2023*

By Phone Records 04/27/2023 - 04/27/2023    Phone Records

By People Find 06/17/2008 - 06/17/2008    People Find

By Criminal&Infraction    Criminal&Infraction

███████████ **PISCATAWAY, NJ 08854-5817 | MIDDLESEX County**

Thomson Reuters. No claim to original U.S. Government Works.

3

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.