# EXHIBIT F



**Middlesex County
Document Summary Sheet**

MIDDLESEX COUNTY CLERK

PO BOX  871

JOHN F. KENNEDY SQUARE

NEW BRUNSWICK NJ 08901

INSTR # 2019057701
O BK 17563 PG 1644
RECORDED 07/23/2019 03:04:06 PM
ELAINE M. FLYNN, COUNTY CLERK
MIDDLESEX COUNTY, NEW JERSEY
RECORDING FEES $95.00
RTF TOTAL TAX 20,425.85
**Official Use Only**

| Transaction Identification Number | 3921117 | 3506878 |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| **Submission Date**(mm/dd/yyyy) | 07/22/2019 | **Return Address** (for recorded documents) |
| **No. of Pages** (excluding Summary Sheet) | 6 | FORTUNA TITLE - BONJ |
| **Recording Fee** (excluding transfer tax) | $95.00 | 100 CHALLENGER ROAD SUITE 307 |
| **Realty Transfer Tax** | $20,425.85 | RIDGEFIELD PARK, NJ 07660 |
| **Total Amount** | $20,520.85 | |

| **Document Type** | DEED - REGULAR |
| --- | --- |

**Municipal Codes**

SOUTH BRUNSWICK                                    SBR

**Batch Type**     L2 - LEVEL 2 (WITH IMAGES)

307245

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MIDDLESEX COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*



**Middlesex County**
**Document Summary Sheet**

| | Type | DEED - REGULAR | | | |
|---|---|---|---|---|---|
| | Consideration | $1,038,500.00 | | | |
| | Submitted By | FORTUNA TITLE - BONJ (CSC/INGEO SYSTEMS INC) | | | |
| | Document Date | 07/12/2019 | | | |
| | Reference Info | | | | |

| Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

| GRANTOR | Name | Address |
|---|---|---|
| | MICHAEL J YACUBOVICH | |
| | RITA M YACUBOVICH | |

| GRANTEE | Name | Address |
|---|---|---|
| | FARRUKH CHAUDHRY | |
| | SAADIA MALIK | |

**DEED - REGULAR** 

| Parcel Info | | | | | |
|---|---|---|---|---|---|
| Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | SB | 37 | 30.22 | | SBR |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF MIDDLESEX COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

# DEED

This Deed is made on July 12 2019

**BETWEEN**

**Michael J. Yacubovich and Rita M. Yacubovich, Husband and Wife**

Whose post office address is ▮▮▮▮▮▮ Monmouth Junction, New Jersey 08852

**AND**

**Farrukh Chaudhry and Saadia Malik, Husband and Wife**

whos  post office address is about to be: ▮▮▮▮▮▮ Monmouth Junction,new Jersey 08852

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**1.  Transfer of Ownership**.  The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee.  This transfer is made for the sum of   One Million, Thirty-Eight Thousand, Five Hundred and no/100 ($ 1,038,500.00) Dollars.

The Grantor acknowledges receipt of this money.

**2.  Tax Map Reference**.       (N.J.S.A. 46:15-1.1) Municipality of South Brunswick Township
Block No.  37      Lot No.  30.22     Qualifier No.      Amount No.

~ No lot and block or account number is available on the date of this Deed.  (Check box if applicable).

**3.  Property**.  The property consists of the land and all the buildings and structures on the land in the Township of  South Brunswick  County of Middlesex          and State of New Jersey.  The legal description is:

X~ Please see attached Legal Description annexed hereto and made a part hereof.  (Check box if applicable.)

_____          _____
Prepared by: (print signer=s name and below signature)          (For Recorder=s Use Only)

*Mary Ann Duffy*
MARY  ANN  DUFFY
Attorney At LAW

BEING the same premises conveyed to Michael J. Yacubovich and Rita M. Yacubovich, h/w by Deed from Drinking Brook Associates and Company L.P., dated September 13, 2002 ,recorded May 19,2003 in the Middlesex County Clerk's Office in Book 5179,Page 869

The street address of the property is: ███████████, Monmouth Junction, New Jersey 08852

**4. Promises by Grantor**.    The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantors acts" (N.J.S.A.46:4-6).  This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**5. Signatures**.    The Grantor signs this Deed as of the date at the top of the first page.  (Print name below each signature).

Witness by:

_____ (Seal)
Michael J. Yacubovich

_____ (Seal)
Rita M. Yacubovich

STATE OF    New Jersey                    , COUNTY OF *Middlesex*  SS:

I CERTIFY that on    July 12, 2019
Michael J. Yacubovich and Rita M. Yacubovich , Husband and Wife

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a)      as the maker of this Deed; and,
(b)      executed this Deed in his or her own act; and
(c)      made this Deed for $ 1,038,500.00 as the full and actual consideration paid or to be
paid for the transfer of title.  (Such consideration is defined in N.J.S.A. 46:15-5).

*Mary Ann Duffy*
*Attorney At Law*

RECORD AND RETURN TO: