# EXHIBIT G

## Possible People Information

**Person Overview**

| | |
|---|---|
| **FARRUKH CHAUDHRY** <br><br> ▓▓▓▓▓▓▓▓ <br><br> MONMOUTH JUNCTION, NJ 08852-2813 \| MIDDLESEX County <br> **Phone Number(s):** <br> ▓▓▓▓ <br> **SSN:** <br> ▓▓▓▓▓▓ - issued in IL in 1998-1999 <br> **DOB:** <br> ▓▓▓▓▓▓ <br> **Entity ID:** <br> P342968704 | |

**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
| ▓▓▓▓▓▓ | People Find \| People Household #1 \| People Household #2 |

**SSN Summary**

| SSN | Source |
|---|---|
| ▓▓▓▓▓▓▓▓ | People Find |

**Name Variations**

| Name | Source |
|---|---|
| FARRUKH S CHAUDHRY | People Find \| Professional License #1 \| Professional License #2 \| Professional License #3 \| Professional License #4 |
| FARRUKH SIDDIQ CHAUDHRY | Professional License #1 \| Professional License #2 \| Professional License #3 \| Professional License #4 \| Professional License #5 \| Professional License #6 \| Professional License #7 |
| FARRUKH SALIM CHAUDHRY | Professional License #1 \| Professional License #2 \| Professional License #3 |

Thomson Reuters. No claim to original U.S. Government Works.

2

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**Addresses**

| Address |
| --- |

### ▇▇▇▇▇▇▇▇, MONMOUTH JUNCTION, NJ 08852-2813 | MIDDLESEX County

*Reported 08/08/2019 - 09/27/2019*

| | |
| --- | --- |
| By New Movers 09/27/2019 - 09/27/2019 | New Movers |
| By People Find 08/08/2019 - 08/08/2019 | People Find #1 \| People Find #2 |
| By Motor Vehicle Service & Warranty Records | Motor Vehicle Service & Warranty Records #1 \| Motor Vehicle Service & Warranty Records #2 \| Motor Vehicle Service & Warranty Records #3 \| Motor Vehicle Service & Warranty Records #4 |
| By Real Property Deeds | Real Property Deeds |
| By Real Property Tax Assessor | Real Property Tax Assessor |

### ▇▇▇▇▇▇▇▇ KENDALL PARK, NJ 08824-1904 | MIDDLESEX County

*Reported 10/05/2018 - 10/22/2018*

| | |
| --- | --- |
| By New Movers 10/22/2018 - 10/22/2018 | New Movers |
| By People Find 10/05/2018 - 10/05/2018 | People Find |
| By People Household | People Household |

### ▇▇▇▇▇▇▇▇, SOMERSET, NJ 08873-4618 | SOMERSET County

*Reported 10/02/2015 - 10/02/2015*

| | |
| --- | --- |
| By People Find 10/02/2015 - 10/02/2015 | People Find |
| By Motor Vehicle Service & Warranty Records | Motor Vehicle Service & Warranty Records #1 \| Motor Vehicle Service & Warranty Records #2 \| Motor Vehicle Service & Warranty Records #3 \| Motor Vehicle Service & Warranty Records #4 |
| By People Household | People Household |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 \| Real Property Deeds #4 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

### ▇▇▇▇▇▇▇▇, SOMERSET, NJ 08873-4232 | SOMERSET County

*Reported 10/20/2003 - 11/24/2003*

| | |
| --- | --- |
| By People Find 10/20/2003 - 10/20/2003 | People Find |
| By Professional License | Professional License |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 \| Real Property Deeds #4 \| Real Property Deeds #5 \| Real Property Deeds #6 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

### ▇▇▇▇▇▇▇▇, LOMBARD, IL 60148-4539 | DUPAGE County

*Reported 11/13/2000 - 01/23/2003*

| | |
| --- | --- |
| By People Find 11/13/2000 - 11/13/2000 | People Find |

### ▇▇▇▇▇▇▇▇, DOWNERS GROVE, IL 60516-2240 | DUPAGE County

Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.