# EXHIBIT H



# UNITEDHEALTHCARE INSURANCE COMPANY

**ACTIVE**

No information provided

---

## Business Details

### General Information

**Business Name**
UNITEDHEALTHCARE INSURANCE
COMPANY

**Business status**
ACTIVE

**Citizenship/place of formation**
Domestic/Connecticut

**Business address**
No information provided

**Requires Annual Filing?**
Yes

**Annual report due**

**Public substatus**
Current

**NAICS code**

**Business ALEI**
0505990

**Date formed**
12/27/1994

**Business type**
Stock

**Mailing address**

**Last report filed**

**NAICS sub code**

Case 2:26-cv-04913-ES-MAH    Document 1-8    Filed 05/01/26    Page 3 of 11 PageID: 381

## Principal Details

None

## Agent details

Agent name
UNITED AGENT GROUP INC.

Agent Business address
6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, United States

Agent Mailing address
6 LANDMARK SQUARE, 4TH FLOOR, STAMFORD, CT, 06901, United States

## Filing History



**Domestication - Certificate of Redomestication**
**0001508845**

Filing date: 12/27/1994          Filing time:           🔳 <u>View details</u>

Volume Type
B

Volume
2

Start page
283

Pages
8

Date generated
12/27/1994

Digital copy
View as PDF



**Merger - Certificate of Merger**

# 0001606911

Filing date: 5/15/1996                Filing time:             **View details**

Volume Type

B

Volume

58

Start page

1312

Pages

5

Date generated

5/15/1996

Digital copy

View as PDF



**Merger - Certificate of Merger**

# 0001609278

Filing date: 5/31/1996                Filing time:            **View details**

Volume Type

Volume

Start page

Pages

6

Date generated

5/31/1996

Digital copy

View as PDF



**Merger - Certificate of Merger**
## 0001618727

Filing date: 7/30/1996    Filing time:    <u>View details</u>

Volume Type
B

Volume
65

Start page
2635

Pages
6

Date generated
7/30/1996

Digital copy
View as PDF



**Merger - Certificate of Merger**
## 0002498043

Filing date: 10/30/2002    Filing time:    <u>View details</u>

Volume Type

Volume

Start page

Pages
5

Date generated
10/30/2002

Digital copy
View as PDF



### Amendment - Amend Name
## 0003824275

Filing date: 12/4/2008          Filing time:

Volume Type

B

Volume

1230

Start page

1202

Pages

3

Date generated

12/4/2008

Digital copy

View as PDF



**Change of Agent - Agent Change**
**0004231313**
Filing date: 9/2/2010                Filing time:

Volume Type
B

Volume
1442

Start page
884

Pages
2

Date generated
9/2/2010

Digital copy
View as PDF



**Change of Agent Address - Agent Address Change**
**0004483575**
Filing date: 12/1/2011                Filing time:

Volume Type

Volume

Start page

Pages

Date generated
12/1/2011



### Merger - Certificate of Merger
### 0004557077

Filing date: 3/27/2012          Filing time:          📧 <u>View details</u>

Volume Type

B

Volume

1627

Start page

2093

Pages

7

Date generated

3/27/2012

Digital copy

View as PDF

### Mass Agent Change – Address - Agent Address Change
### 0013274088

Filing date: 12/2/2024      Filing time: 12:00 PM

Volume Type

Volume

Start page

Pages

Date generated

12/2/2024

Digital copy

View as PDF

 **Change of Agent - Amendment**
**0013723517**

Filing date: 11/7/2025     Filing time: 07:30 AM

Volume Type

Volume

Start page

Pages

Date generated
11/7/2025

Digital copy
View as PDF

---

## Name History

Filing Number: 0001618727
**METRAHEALTH INSURANCE COMPANY**
Filing date: 7/30/1996

---

Filing Number: 0003824275
**UNITED HEALTHCARE INSURANCE COMPANY**
Filing date: 12/4/2008

---

## Trade Names

None

## Shares

---

## 1000 total shares

---

**Shares Class: COMMON**

## 1000 Shares

Value per share: $6000