# EXHIBIT I

ROBINSON & COLE LLP
Matthew P. Mazzola
Raymond J. Carta
666 Third Avenue, 20th Floor
New York, New York
Telephone: (212) 451-2913
Facsimile: (212) 451-2999
mmazzola@rc.com; rcarta@rc.com
*Attorneys for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

------------------------------------------------------------- x
|  |  |  |
|---|---|---|
| ELITE NEUROPHYSIOLOGY, LLC, | : | SUPERIOR COURT OF NEW JERSEY |
|  | : | LAW DIVISION – MIDDLESEX COUNTY |
| *Plaintiff,* | : |  |
|  | : | Docket No. MID-L-002022-26 |
| v. | : |  |
|  | : | **NOTICE OF FILING OF** |
| UNITED HEALTHCARE INSURANCE | : | **NOTICE OF REMOVAL** |
| COMPANY, | : |  |
|  | : |  |
| *Defendant.* | : |  |
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that on May 1, 2026, the Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company, filed a Notice of Removal in the United States District Court for the District of New Jersey, to remove the above-captioned action from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-002022-26, to the United States District Court for the District of New Jersey. A copy of said Notice is attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Dated: May 1, 2026

                              Respectfully submitted,

By:      */s/ Matthew P. Mazzola*
             Matthew P. Mazzola
             ROBINSON & COLE LLP
             666 Third Avenue, 20th Floor
             New York, New York
             Telephone: (212) 451-2913
             Facsimile: (212) 451-2999
             mmazzola@rc.com

             Raymond J. Carta
             ROBINSON & COLE LLP
             1055 Washington Boulevard
             Stamford, CT 06901-2249
             Telephone: (203) 462-7500
             Facsimile: (203) 462-7599
             rcarta@rc.com

             *Attorneys for Defendant UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company*

2