ROBINSON & COLE LLP
Matthew P. Mazzola
Raymond J. Carta
666 Third Avenue, 20th Floor
New York, New York
Telephone: (212) 451-2913
Facsimile: (212) 451-2999
mmazzola@rc.com; rcarta@rc.com
*Attorneys for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------- x

ELITE NEUROPHYSIOLOGY, LLC,      :    Case No.: 2:26-cv-04913

              :

       *Plaintiff,*       :    **UNITED HEALTHCARE INSURANCE**

              :    **COMPANY'S RULE 7.1 CORPORATE**

  -against-        :    **DISCLOSURE STATEMENT**

              :

UNITED HEALTHCARE INSURANCE  :
COMPANY,               :

       *Defendant.*     :

-------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company, by its attorneys, certifies as follows:

UnitedHealthcare Insurance Company is a wholly owned indirect subsidiary of UnitedHealth Group Incorporated. No publicly held corporation owns 10% or more of UnitedHealth Group Incorporated's stock.

UnitedHealthcare Insurance Company is a Connecticut corporation with its principal place of business located at 185 Asylum Street, Hartford, CT 06103. There are no other individuals or entities whose citizenship is attributed to UnitedHealthcare Insurance Company for purposes of establishing jurisdiction based upon diversity of citizenship.

Dated: May 1, 2026

Respectfully submitted,

By:   /s/ Matthew P. Mazzola
       Matthew P. Mazzola
       ROBINSON & COLE LLP
       666 Third Avenue, 20th Floor
       New York, New York
       Telephone: (212) 451-2913
       Facsimile: (212) 451-2999
       mmazzola@rc.com

       Raymond J. Carta
       ROBINSON & COLE LLP
       1055 Washington Boulevard
       Stamford, CT 06901-2249
       Telephone: (203) 462-7500
       Facsimile: (203) 462-7599
       rcarta@rc.com

       *Attorneys for Defendant UnitedHealthcare Insurance Company
       s/h/a United Healthcare Insurance Company*

2