ROBINSON & COLE LLP
Matthew P. Mazzola (N.J. ID # 253252017)
666 Third Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 451-2913
Facsimile: (212) 451-2999
Email: mmazzola@rc.com
*Attorneys for Defendant UnitedHealthcare Insurance Company
s/h/a United Healthcare Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

--------------------------------------------------------------------- x

ELITE NEUROPHYSIOLOGY, LLC,                              :
                                                        :
                    *Plaintiff,*                        :    Case No.: 2:26-cv-04913-ES-MAH
                                                        :
         v.                                             :    **CERTIFICATE OF SERVICE**
                                                        :
UNITED HEALTHCARE INSURANCE COMPANY,   :
                                                        :
                    *Defendant.*                        :
--------------------------------------------------------------------- x

I, Matthew P. Mazzola, Esq., hereby certify that on May 1, 2026, I caused to be served a copy of the Notice of Removal with Exhibits A-I, Civil Cover Sheet, Defendant's Rule 7.1 Corporate Disclosure Statement, and Diversity Disclosure Statement in the above-captioned action, by serving copies thereof via U.S. Mail, postage pre-paid, in a sealed envelope addressed to the following:

Lane W. Legband, Esq.
GOTTLIEB & GREENSPAN, LLC
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410
*Attorneys for Plaintiff*

Dated:  May 4, 2026

                                        /s/ *Matthew P. Mazzola*
                                        Matthew P. Mazzola