Raymond J. Carta (NJ Bar ID No.: 429972023)
ROBINSON & COLE LLP
1055 Washington Boulevard
Stamford, CT 06901
Main (203) 462-7500
Fax (203) 462-7599
rcarta@rc.com

*Attorneys for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELITE NEUROPHYSIOLOGY, LLC, | : |
| | : Case No.  2:26-cv-04913-ES-MAH |
| *Plaintiff,* | : |
| | : |
| v. | : **NOTICE OF APPEARANCE** |
| | : |
| UNITED HEALTHCARE INSURANCE COMPANY, | : |
| | : |
| *Defendant.* | : |

**PLEASE TAKE NOTICE** that Raymond J. Carta of the law firm of Robinson & Cole LLP

hereby appears in the above-captioned action as counsel of record for Defendant UnitedHealthcare

Insurance Company s/h/a United Healthcare Insurance Company.

I certify that I am admitted to practice in this Court.

Dated: May 4, 2026

ROBINSON & COLE LLP

/s/ *Raymond J. Carta*
Raymond J. Carta (NJ Bar ID No.: 429972023)
1055 Washington Boulevard
Stamford, CT  06901
Main (203) 462-7500
Fax (203) 462-7599
rcarta@rc.com

*Attorneys for Defendant UnitedHealthcare Insurance Company*
*s/h/a United Healthcare Insurance Company*