# Robinson+Cole

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

May 5, 2026

*Via ECF*

Honorable Michael A. Hammer
United States Magistrate Judge
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07101

**Re:**    *Elite Neurophysiology, LLC v. United Healthcare Insurance Company*
      **Case No. 2:26-cv-04913-ES-MAH**

Dear Judge Hammer:

My firm represents the Defendant, UnitedHealthcare Insurance Company s/h/a United Healthcare Insurance Company ("Defendant"), in the above-referenced action. On January 16, 2026, Chief Judge Renee Marie Bumb entered a Stay and Administrative Termination Order regarding the No Surprise Act Cases pending in the District of New Jersey.

As this matter falls under the No Surprises Act, Defendant respectfully requests that Order be entered in this case so that it is stayed and administratively terminated pending the decision in the lead case. *See Rowe Plastic Surgery of NJ LLC v. Aetna Life Insurance Company*, No. 2:25-cv-15053 (BRM)(MAH).

Defendant thanks the Court for its attention to this matter.

Respectfully Submitted,

Matthew P. Mazzola

cc:    All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Washington, DC | Providence | Miami | Austin | Stamford | Wilmington | Philadelphia | Los Angeles | Albany

rc.com | Robinson & Cole LLP